WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5791—

POLK BROS., INC., AN ILLINOIS CORPORATION, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed July 9, 1970.*

CRANE AND KRAVETS, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5277—

PACIFIC INSURANCE COMPANY OF NEW YORK, AS SUBROGEE OF CPC, INC., AND CPC, INC., Claimants, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed February 18, 1971.*

EPTON, MCCARTHY, BOHLING AND DRUTH, Attorneys for Claimants.

WILLIAM J. SCOTT, Attorney General; BRADLEY M. GLASS, Special Assistant Attorney General, for Respondent.